UNCLASSIFIED//FOR PUBLIC RELEASE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FILED WITH THE
COURT SECURITY OFFICER
CSO:
DATE:

|  |  |
|---|---|
| SHARQAWI ABDU ALI AL-HAJJ (ISN 1457), | ) ) ) ) |
| Petitioner, | ) ) |
| v. | ) ) ) |
| BARACK OBAMA, *et al.*, | ) ) ) |
| Respondents. | ) ) ) |

Civil No. 09-745 (RCL)

## ORDER

Before the Court is respondents' ex parte motion [1520] regarding potentially exculpatory material, filed pursuant to section I.F of the Case Management Order. The statements to which this material pertains will be stricken from the record by an Order issued on this date. Accordingly, there is no need for the Court to consider whether the material is exculpatory. It is thus hereby

ORDERED that respondents' ex parte motion regarding potentially exculpatory material is DENIED as moot.

**SO ORDERED.**

_5/23/11_
DATE

ROYCE C. LAMBERTH
CHIEF JUDGE